**ANKUS, et al v. TAX ASSESSOR, et al.**
No. 62-C-10564.

Circuit Court, Dade County.
January 7, 1963.

116

Jack Ankus, Miami Beach, for the plaintiffs.

Darrey A. Davis, County Attorney, and William W. Gibbs, Assistant County Attorney, for the defendants.

GRADY L. CRAWFORD, Circuit Judge.

This cause coming on to be heard on the defendants' motion to dismiss, and the court having considered the pleadings, heard the argument of counsel and considered the memorandum briefs filed by the parties, it is

Ordered, adjudged and decreed that the defendants' motion to dismiss be and the same is hereby granted and the complaint be and the same is hereby finally dismissed at the cost of the plaintiffs.